KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
CHRISTOPHER H. FINDLEY, State Bar No. 174972
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-4025
  Fax: (916) 324-5205
  E-mail: Christine.Ciccotti@doj.ca.gov
*Attorneys for Defendants Governor Brown,*
*Secretary Kernan, and Warden Davis*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BOBBY LOPEZ, et al.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, et al.,**<br><br>                    Defendants. | 4:15-cv-02725-CW NJV<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE AND RE-SET STATUS CONFERENCE**<br><br>Judge:     The Honorable Claudia Wilken<br>Action Filed: 6/17/2015 |

On March 15, 2016, the parties appeared telephonically before Magistrate Judge Nandor J. Vadas for a status conference in this matter. At the status conference, the parties reported on their progress in settlement negotiations. As a result, this Court set a further status conference for April 26, 2016, at which the parties were to continue to report on their progress. This Court also ordered the parties to submit a joint status update no later than one week before the conference, in which the parties could identify any impediments towards settlement.

The parties met on April 11, 2016 and intend to continue their negotiations. The April 11 meeting was fruitful in that it allowed the parties to clarify barriers to settlement. Defendants agreed to take the revisions Plaintiffs' proposed at that meeting into consideration, and intend to

1

respond. As such, the parties agreed at the meeting that additional time was necessary for them to continue that work and that there would be little to report to the court before a subsequent meeting between the parties, which they are scheduling. As such, the parties stipulate and respectfully request the Court vacate the April 26, 2016 status conference and the order to submit a status conference statement by April 19, 2016. The parties stipulate and request the Court re-set the telephonic status conference in this matter for June 7, 2016 at 2:00 p.m., with a joint status report due no later than May 31, 2016.

Dated: April 19, 2016                     Respectfully Submitted,

                                          KAMALA D. HARRIS
                                          Attorney General of California
                                          JAY C. RUSSELL
                                          Supervising Deputy Attorney General


                                          */s/ Christine M. Ciccotti*
                                          CHRISTINE M. CICCOTTI
                                          Deputy Attorney General
                                          *Attorneys for Defendants Governor Brown,*
                                          *Secretary Kernan, and Warden Davis*


Dated: April 19, 2016                     SIEGEL & YEE


                                          */s/ EmilyRose Johns*
                                          EMILYROSE JOHNS
                                          *Attorney for Plaintiffs*

Under N.D. Cal. Local Rule 5-1(i)(3), I attest that I obtained concurrence in the filing of this document from E. Johns on April 18, 2016.

Dated: April 19, 2016


                                          */s/ Christine M. Ciccotti*
                                          CHRISTINE M. CICCOTTI
                                          Deputy Attorney General
                                          *Attorney for Defendants Governor Brown,*
                                          *Secretary Kernan, and Warden Davis*

SA2015104183
12226815.doc

2

1 **[PROPOSED] ORDER**

2  The parties have stipulated to vacate the April 26, 2016 status conference and associated

3 deadlines for submitting joint status reports and reset the status conference for June 7, 2016.

4 Given the foregoing stipulation, and good cause appearing, IT IS SO ORDERED. This matter is

5 set for a telephonic status conference at ~~2:00~~ 1:00 on June 7, 2016.

7 Dated: April 21, 2016

*[signature]*

The Honorable Nandor J. Vadas
United States District Court Magistrate Judge