KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
CHRISTOPHER H. FINDLEY, State Bar No. 174972
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-4025
  Fax: (916) 324-5205
  E-mail: Christine.Ciccotti@doj.ca.gov
*Attorneys for Defendants Governor Brown,
Secretary Kernan, and Warden Davis*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BOBBY LOPEZ, et al.,**<br><br>                    Plaintiffs,<br><br>   v.<br><br>**EDMUND G. BROWN, JR. et al.,**<br><br>                  Defendants. | 4:15-cv-02725-CW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Judge:      The Honorable Claudia Wilken<br>Action Filed:  6/17/2015 |

Plaintiffs have served their complaint on Defendants Governor Edmund G. Brown Jr., Secretary Scott Kernan, and Warden Ron Davis. The parties previously stipulated that Defendants may have additional time to file a responsive pleading so that the parties could pursue resolution of this matter. (ECF Nos. 12, 20, 24, 29, 33, 40, 43, and 47.) Given the parties' continued negotiations toward a potential resolution, they again stipulate for an extension of time

/ / /

/ / /

/ / /

/ / /

1

such that Defendants may have up to and including November 18, 2016, in which to respond to Plaintiffs' complaint.

Dated:  September 26, 2016 Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

*/s/ Christine M. Ciccotti*
CHRISTINE M. CICCOTTI
Deputy Attorney General
*Attorneys for Defendants Governor Brown,*
*Secretary Kernan, and Warden Davis*

Dated: September 26, 2016 SIEGEL & YEE

*/s/ Dan Siegel*
DAN SIEGEL
*Attorney for Plaintiffs*

Under N.D. Cal. Local Rule 5-1(i)(3), I attest that I obtained concurrence in the filing of this document from D. Siegel on September  26, 2016.

Dated: September 26, 2016

*/s/ Christine M. Ciccotti*
CHRISTINE M. CICCOTTI
Deputy Attorney General
*Attorney for Defendants Governor Brown,*
*Secretary Kernan, and Warden Davis*

SA2015104183
12386053_1.doc

2

Stip. And [Proposed] Order Ext. of Time
(4:15-cv-02725-CW)

**[PROPOSED] ORDER**

The parties have stipulated that Defendants may have up to and including November 18, 2016, in which to file and serve a response to Plaintiffs' complaint.

Given the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated:  9/28/16

_____
The Honorable Claudia Wilken
United States District Court Judge

3

Stip. And [Proposed] Order Ext. of Time
(4:15-cv-02725-CW)